1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ELMER EUGENE WALKER,                        No.  2:22-cv-01340-WBS-EFB (PC)

12                   Plaintiff,

13        v.                                     ORDER

14   SAN JOAQUIN HOSPITAL, et al.,

15                   Defendants.

16

17        Plaintiff Elmer Eugene Walker ("Plaintiff"), a state prisoner proceeding *pro se*, has filed

18   this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United

19   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On November 9, 2022, the Court denied plaintiff's application for leave to proceed in

21   forma pauperis because plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. §

22   1915(g) and granted plaintiff fourteen days within which to pay the $402 filing fee for this action.

23   ECF No. 9.  Plaintiff was warned that failure to pay the filing fee within fourteen days would

24   result in the dismissal of this action.  *Id.*  Plaintiff has not paid the fee.

25        Accordingly, IT IS ORDERED that this action is DISMISSED.

26   Dated:  November 30, 2022

27                                               WILLIAM B. SHUBB
                                                 UNITED STATES DISTRICT JUDGE
28

                                                  1